UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PATRICK SOLOMON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAKE COUNTY SHERIFF, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:18-cv-565-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 5]. Solomon's application to proceed in forma pauperis [D.E. 1] is GRANTED and Solomon's complaint is DISMISSED as frivolous.

**This Judgment Filed and Entered on December 27, 2018, and Copies To:**

Patrick Solomon          (Sent to 3984 Neeley St. Raleigh NC 27606 via US Mail)

DATE:                                              PETER A. MOORE, JR., CLERK

December 27, 2018                         (By) /s/ Nicole Sellers
                                                         Deputy Clerk